No. 46105.—Protests 969723–G, etc., of Olavarria & Co. et al. (Baltimore, etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 46106.—Protests 783860–G, etc., of United Importers Co. et al. (Portland, Oreg., etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 46107.—Protests 49948–K, etc., of Gerber & Co., Inc., et al. (New York).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, JUNE 23, 1941

No. 46108.—Protest 938984–G of P. Silverman & Son (Portland, Maine).

Opinion by BROWN, J. It was stipulated that the merchandise consists of scrap jacket felt waste similar to that the subject of Silverman v. United States (27 C. C. P. A. 324, C. A. D. 107). The claim at 10 percent under paragraph 1555 was therefore sustained.

BEFORE THE THIRD DIVISION, JUNE 23, 1941

No. 46109.—Protest 55287–K of Jules S. Bache (New York).

Opinion by CLINE, J. No evidence was offered in support of the claim made. The protest was therefore overruled.

No. 46110.—Protests 24520–K, etc., of Morningstar, Nicol, Inc., et al. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 46111.—Protest 39750–K of Lithuanian-American Import & Export Corp. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Stokby v. United States (4 Cust. Ct. 343, C. D. 358) it was held that 10 percent allowance should have been made for the weight of the gelatinous material in question.

No. 46112.—Protests 21253–K, etc., of J. Hofert et al. (Boston, etc.).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.